IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES MARTIN BAEZ, #233621 | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv844 |
| COLLIN CO. DETENTION FACILITY | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the complaint be dismissed without prejudice because Plaintiff failed to prosecute his case. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed. Having considered the Report and Recommendation, the court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the complaint is **DISMISSED** without prejudice for want of prosecution. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 23rd day of March, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE